USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
FAUSTINO PUJOLS and RUSS DECKLER, :
:
:
Plaintiffs, :
: 1:22-cv-5455-GHW
:
-against- :
: ORDER
:
RTS SOLUTIONZ, INC. *a/k/a* :
SOLUTIONZ, INC. *and as successor to and Real* :
*Time Services, Inc.*; BILL WARNICK, CEO; JILL :
ARMAND, *President*; and KYLEE CHEENEY, :
*V.P. Human Resources, Individually* :
:
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on June 28, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than July 12, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: June 30, 2022

                                                                _____
                                                                  GREGORY H. WOODS
                                                                United States District Judge