USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                     :

   FAUSTINO PUJOLS *and* RUSS DECKLER,   :

                                       :

                               Plaintiffs,   :

                                       :

                   -against-   :

                                       :

   RTS SOLUTIONZ, INC. *a/k/a*
SOLUTIONZ, INC. *and as successor to and Real*
*Time Services, Inc.*; BILL WARNICK, CEO; JILL  :
ARMAND, *President*; *and* KYLEE CHEENEY,  :
*V.P. Human Resources, Individually*  :

                                       :

                            Defendants.  :

                                       :

------------------------------------------------------------ X

1:22-cv-5455-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On November 16, 2022, Plaintiffs filed a letter stating that "the parties have filed a consent

by all parties" to the jurisdiction of a magistrate judge.  Dkt. No. 44.  However, the consent form

submitted by the parties does not include Defendant Jill Armand among the parties who consent to

proceed before a magistrate judge.  Dkt. No. 45.  If Defendant Armand consents to proceed before

a magistrate judge, the Court requests that the parties file an updated consent form with Defendant

Armand listed.

      SO ORDERED.

Dated:  November 16, 2022
      New York, New York                  _____
                                       GREGORY H. WOODS
                                  United States District Judge